Name and Complete Address

KATHERINE STABILE
186-34 Radnor Rd.
JAMAICA N.Y. 11432

34/24

Ballot was received
6/23 in the afternoon

NEW YORK
NY 100
25 JUN '20
PM 14 L



NO POST
NECESS.
IF MAIL
IN THI
UNITED ST

## OFFICIAL ELECTION MAIL
*Authorized by the U.S. Postal Service*

**OFFICIAL ABSENTEE BALLOTING MATERIAL - FIRST CLASS MAIL**

06/27/2
ON BOE

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 4339    NEW YORK NY

POSTAGE WILL BE PAID BY ADDRESSEE

BOARD OF ELECTIONS - QUEENS
11835 QUEENS BOULEVARD 11TH FLOOR
FOREST HILLS NEW YORK 11375-9823

---

**OFFICIAL ABSENTEE BALLOT**
**FOR**

Primary ELECTION June 23, 20 20
NAME OF VOTER KATHERINE E STABILE
RESIDENCE 186-34 RADNOR RD JAM.
CITY OF NEW YORK, COUNTY OF QUEENS
034 ELECTION DISTRICT 24 ASSEMBLY DISTRICT
PARTY ENROLLMENT (IF PRIMARY) Democrat

Voter must sign and date the statement on the reverse side of the envelope.
Votante debe firmar y fechar la declaración en el lado inverso del sobre.
選民必需在此信封背面的聲明書上簽名並註明日期
투표자는 반드시 봉투 뒷면 진술에 서명하고 날짜를 기입하시오.
খামের উল্টো পাশের বিবৃতির নিচে ভোটারকে অবশ্যই স্বাক্ষর করতে এবং তারিখ লিখতে হবে।

**INSTRUCTIONS TO VOTER**

After marking ballot, fold and enclose it in this envelope, and seal it. Insert this envelope in the **return** envelope provided. The **return** envelope with ballot enclosed must reach the Board of Elections not later than 9 P.M. on Election Day, if delivered in person, **OR** be postmarked not later than the day before the election and **received** at the Board of Elections not later than seven days following the day of a primary, special or general election to be cast and counted. Do not enclose an application for an absentee ballot in this envelope. A ballot application, if any, should be enclosed in the **return** envelope together with this envelope containing the absentee ballot.

**INSTRUCCIONES PARA EL VOTANTE**

Después de marcar la papeleta; dóblela y póngala en el sobre y séllelo. Ponga este sobre, en el **sobre de regreso** proporcionado. El **sobre de regreso** con la papeleta adentro debe ser re cibida por la Junta de Elecciones a más tardar las 9 P.M. en el día de la Elección, si es entregado en persona, O debe ser **matasellado** a más tardar el día antes de la elección y ser **recibida** por la Junta de Elecciones a más tardar siete días después de la elección primaria, especial o general para que su voto sea emitido y contado. No envíe una aplicación para una papeleta de vo ausente en este sobre. La aplicación para la papeleta de voto ausente, si hay alguna, debe mandarse en el **sobre de regreso** junto con este sobre el cual contiene la papeleta de voto ausente.

**投票說明**

標記選票後,將選票折疊放入此缺席選票專用信封並將信封封好. 將此裝有缺席選票的信封放入紐約市選舉委員會提供的回函信封裏. 如果親自遞交較有此缺席選票的回函信封必須於選舉日當天晚上上午9點送達選舉委員會,或以郵寄方式寄回選舉委員會的回函信封上需蓋 有不遲於選舉日前一天日期的郵戳,並於初選,補選或普選日後的七日內由選舉委員會收悉,俾使您的選票得以投出並予以計算在內,請 不要將缺席選票申請表裝入此缺席選票專用的信封內. 如需提交缺席選票申請表,應隨缺席選票專用的信封分別放入回函信封內.

투표용지에 표시하고, 접은후 이 봉투를 넣어서 봉합니다. 이 봉투를 준비된 **발신인** 봉투에 넣습니다. 직접 전달시는 투표용지가 들은 **발신인** 봉투가 반드시 선거날 전까지 선거위에 전달되어야 하며, 또 **우편소인**은 선거일 하루 전날까지 찍히어있어야하며, 선거위가 예비선거, 보궐선거, 또한 총선거후 칠일내로 접수하여 집계되나니다. 이 봉투에는 부재자 투표 신청서를 동봉하지 마십시오. 만일 부재 투표용지 신청서가 있다면 이 부재자 투표용지가 들은 봉투와 같이 **발신인** 봉투에 넣습니다.

VOTER ID: 304302397
COUNTY: QUEENS

*2099872*
*22244461*

001858
June 23, 2020 Primary Election
Queens  AD 24 ED 034

KATHERINE E STABILE
186-34 RADNOR ROAD
JAMAICA, NY 11432

**Preliminary Invalid**

$Am$

```
              RECEIVED
QUEENS BOARD OF ELECTIONS
     IN THE CITY OF NEW YORK

     2020 JUN 27  A 4: 01
```

**OFFICIAL BALLOT, ABSENTEE VOTER**
COUNTY OF QUEENS
STATEMENT OF ABSENTEE VOTER

I do declare that I am a citizen of the United States, that I am duly registered in the election district shown on the reverse side of this envelope and I am qualified to vote in such district; that I will be unable to appear personally on the day of the election for which this ballot is voted at the polling place of the election district in which I am a qualified voter because of the reason given on my application heretofore submitted; that I have not qualified nor do I intend to vote elsewhere, that I have not committed any act nor am I under any impediment which denies me the right to vote.

I hereby declare that the foregoing is a true statement to the best of my knowledge and belief, and I understand that if I make any material false statement in the foregoing statement of absentee voter, I shall be guilty of a misdemeanor.

**PAPELETA OFICIAL, VOTANTE AUSENTE**
CONDADO DE QUEENS
DECLARACIÓN DE VOTANTE AUSENTE

Yo declaro ser un ciudadano(a) de los Estados Unidos, que estoy debidamente inscrito(a) en el distrito electoral estipulado en el lado inverso de este sobre y que estoy calificado(a) para votar en dicho distrito; que voy a ser incapaz de aparecer en persona en el día de la elección para la que se votó en esta papeleta, en el centro de votación del distrito electoral en el que soy un votante calificado, por la razón dada en mi solicitud aquí sometida; que no he calificado ni tengo intenciones de votar en otro sitio, que no he cometido ningún acto ni estoy bajo un impedimento que me niega el derecho de votar.

Declaro por este medio, según mi conocimiento y creencia, que lo anterior es una declaración verdadera. Entiendo que si hago cualquier declaración falsa en la siguiente declaración de votante ausente, seré culpable por un delito menor.

官方選票, 缺席選票
QUEENS 郡
缺席選票聲明書

我鄭重聲明我是美國公民, 我是此信封實面所註明之選區的合格登記選民, 我具備在此選區投票的實格; 我無法在選舉日當天親自到投票處投票, 我符合之前所遞交選民登記表上所述在此選區投票的實格; 我未在其它地區具備或申請投票權, 我沒有任何犯罪行為或因重罪而被否決我投票的權利。

我在此聲明以上所述皆屬實事, 並瞭解如我做出不實的缺席選票聲明, 我將會被判以輕罪。

공식 부재투표지, 부재자 투표자
QUEENS 카운티
부재자 투표자 진술서

본인은 미국 시민이며 이봉투 뒷면에 기재된 선거구에 등록되어 있고; 본인이 제출한 신청서에 기술한 이유로 선거날 투표용지가 있는 선거구에 참여할 수가 없으며; 자격 미달이나 다른 곳에 투표할 의도가 있거나 또는 어떤 범죄도 행하지 않았으며 또한 투표할 권리에 부적절한 아무런 일도 행하지 않았음을 선서합니다

본인은 전술한 것이 본인이 알고있는 모든 진실임을 선서하며, 전술한 부재자 투표자 진술서 내용에 거짓이 있을시는 경범죄에 해당하는 것을 알고있습니다.

অ্যাবসেন্টি ভোটারের জন্য
অফিসিয়াল ব্যালট
কাউন্টি অব QUEENS
অ্যাবসেন্টি ভোটারের

আমি ঘোষণা করছি যে, আমি মার্কিন যুক্তরাষ্ট্রের নাগরিক, যে আমি এই খামের বিপরীত অংশে যে নির্বাচন ডিস্ট্রিক্টের জন্য সঠিকভাবে নিবন্ধিত রয়েছি আমি এই ডিস্ট্রিক্টে ভোটদানের যোগ্যতা রাখি, নির্বাচন করা কারণে আমি যে ডিস্ট্রিক্টে এলি যোগ্যতা রাখি সেই ডিস্ট্রিক্টে আমি নির্বাচন ভোটকেন্দ্রে হাজ উপস্থিত হতে এই ব্যালটে করতে অপারগ; যে আমার অন্য কোথাও ভোটদানের বিবর বাধ্যবাধ্য নেই, যে আমি এমন কোনো অপরাধ করিনি যাহা আমার কোন অধিকার এমন যাহা আমার ভোটদানের অধিকার থেকে বঞ্চিত হয়েছি। আমি এতদ্বারা ঘোষণা করছি যে, আমার জ্ঞান এবং মতে উপরের উল্লেখ করা বিবৃতি সত্য, এবং উপলব্ধি করা অ্যাবসেন্টি ভোটারের বিবৃতি প্রদান করলে, আমি দণ্ডিত হব এবং আমি উপলব্ধি করছি যে আমি সাজ্যপ্রাপ্ত হব।

X _Katherine E. Stabile_
Signature or Mark of Voter/ Firma o Marca Del Votante/
選人的簽名或記號/ 투표자의 서명 또는 표시/

X _____
Signature and Address of Witness (Required only if voter does not sign his own name)