**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Emily Gallagher, Suraj Patel, Katherine Stabile, Jillian Santella, Aaron Seabright, James C. McNamee, Kristin Sage Rockerman, Maria Barva, Miriam Lazewatsky, Myles Peterson, Samantha Pinsky, Christian O'Toole, Tess Harkin, Caitlin Phung, Antonio Pontex-Nunez, *individually, and on behalf of all others similarly situated,* | |
| Plaintiffs, | Docket No. _____ |
| v. | **NOTICE OF MOTION FOR INJUNCTIVE RELIEF** |
| New York State Board of Elections; Peter S. Kosinski, Andrew Spano, and Douglas Kellner, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; Todd D. Valentine, Robert A. Brehm, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and Andrew Cuomo *as Governor of the State of New York*, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the Complaint and Exhibits; and Plaintiffs' Memorandum of Law dated July 16, 2020 in support of Plaintiffs' Motion for Injunctive Relief; and all of the prior pleadings and proceedings had herein, Plaintiffs will move this Court, before the Honorable _____, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time that is convenient for the Court, for an Order granting Plaintiffs' request for an order directing Defendants to count all absentee ballots received by any New York Board of Elections on or before June 30, 2020, without regard for any postmark that may or may not be on the ballot; and other relief requested in the complaint.

PLEASE TAKE FURTHER NOTICE that Plaintiff will be shortly submitting a letter motion requesting an accelerated schedule for this motion.

DATED:	July 17, 2020
	Queens, NY

/s/
_____
J. Remy Green
**COHEN&GREEN P.L.L.C.**
1639 Centre Street, Suite 216
Ridgewood, New York 11385
(929) 888.9480 (telephone)
(929) 888.9457 (facsimile)
remy@femmelaw.com

*Attorneys for Plaintiffs*