UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Emily Gallagher, Suraj Patel, Katherin Stabile, Jillian Santella, Aaron Seabright, James C. McNamee, Kristin Sage Rockerman, Maria Barva, Miriam Lazewatsky, Myles Peterson, Samantha Pinsky, Christian O'Toole, Tess Harkin, Caitlin Phung, Antonio Pontex-Nunez, *individually, and on behalf of all others similarly situated,*<br><br>                  Plaintiffs,<br><br>   v.<br><br>New York State Board of Elections; Peter S. Kosinski, Andrew Spano, and Douglas Kellner, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; Todd D. Valentine, Robert A. Brehm, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and Andrew Cuomo *as Governor of the State of New York*,<br><br>                  Defendants. | Docket No. 20-cv-5504<br><br>**DECLARATION OF SERVICE** |

Remy Green, an attorney duly admitted to practice before this Court, hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

On July 17, 2020, pursuant to the Court's Order (ECF No. 6), I served by reliable electronic means a true copy of: (1) the Complaint and Exhibits (ECF Nos. 1; 1-2; 1-3); (2) Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 3; 3-1); and (3) the Court's Order expediting proceedings (as well as the letter motion on which that relief was granted) (ECF No. 6), by emailing those documents to the following emails addresses:

    New York State Board of Elections, at INFO@elections.ny.gov, and through Defendants Kellner, Brehm, Spano, Valentine, and Kosinski;

    Douglas Kellner, at dak@khgflaw.com, douglas.kellner@elections.ny.gov;

    Robert Brehm, at robert.brehm@elections.ny.gov;

    Andrew Spano, at andrew.spano@elections.ny.gov,

1

Todd Valentine, Todd.valentine@elections.ny.gov;

Peter Kosinski, at Peter.Kosinski@elections.ny.gov; and

Governor Andrew Cuomo, at Melissa.derosa@gmail.com (secretary to Governor Cuomo);

DATED:    July 17, 2020
          Queens, NY

/s/
_____
J. Remy Green
**COHEN&GREEN P.L.L.C.**
1639 Centre Street, Suite 216
Ridgewood, New York 11385
(929) 888.9480 (telephone)
(929) 888.9457 (facsimile)
remy@femmelaw.com

*Attorneys for Plaintiffs*