

40 NORTH PEARL STREET, SUITE 5
ALBANY, N.Y. 12207-2109

**Douglas A. Kellner**
Co-Chair

July 20, 2020

### Gallagher v  NYS Board of Elections, Case No. 20-cv-5504

I am named as a defendant in this action and I hereby appear pro se, pending my request for representation and indemnification pursuant to New York Public Officers Law § 17.

Respectfully submitted,

Douglas A. Kellner
Co-Chair, New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, New York 12207-2109
Telephone: (518) 474-8100
Email: douglas.kellner@elections.ny.gov