```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY GALLAGHER, SURAJ PATEL, KATHERINE STABILE, JILLIAN SANTELLA, AARON SEABRIGHT, JAMES C. MCNAMEE, KRISTIN SAGE ROCKERMAN, MARIA BARVA, MIRIAM LAZEWATSKY, MYLES PETERSON, SAMANTHA PINSKY, CHRISTIAN O'TOOLE, TESS HARKIN, CAITLIN PHUNG, ANTONIO PONTEX-NUNEZ, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*,

Defendants.

20 Civ. 5504 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 22, 2020, two Proposed Plaintiff-Intervenors, Maria D. Kaufer and Ethan Felder, filed a motion to intervene in this action under Rule 24 of the Federal Rules of Civil Procedure. ECF No. 11.

It is ORDERED that Defendants shall include their response to the motion to intervene in their opposition to Plaintiffs' motion for preliminary injunctive relief, which is due by **July 22, 2020**. *See* ECF No. 6. It is further ORDERED that, if Plaintiffs oppose the motion to intervene, they also shall inform the Court of their position by **July 22, 2020**.

SO ORDERED.

Dated: July 22, 2020
New York, New York

ANALISA TORRES
United States District Judge