

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2020

July 22, 2020

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 15D
New York, NY  10007

<u>By Electronic Filing.</u>

Re:   Consent to Intervention Motion and Scheduling in
      *Gallagher et al. v. New York State Board of Elections et al.*, 20-cv-5504

Dear Judge Torres:

My firm represents the Plaintiffs in the matter named above and we write for two purposes.

First, as requested in Your Honor's Order earlier this afternoon, you asked we inform the Court if we intended to oppose the proposed intervenors' motion to intervene.  We do not.

Second, I have noticed that there was an embarrassing typo in my scheduling motion (granted by Judge Ramos on Friday).  Specifically, the motion requested that Plaintiffs' Reply be due on (the non-existent) "Thursday, July 22, 2020," rather than Thursday, July 23, 2020.  I ask that the Court direct the docket clerk to re-set the deadline for our Reply to be July 23, 2020, which was what I intended to write.  I have spoken with Owen Conroy at the Attorney General's office, who is representing all Defendants, and the Defendants do not object to this request.

We believe that schedule will allow the parties adequate time to brief these important issues, while also allowing the Court sufficient time to issue a ruling before August 3, 2020, when the election results are due to be certified.

Respectfully submitted,

/s/ J. Remy Green

J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385
remy@femmelaw.com
*Attorneys for Plaintiffs*

---

GRANTED.  By **July 23, 2020**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: July 22, 2020
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York  ·  11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com