

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2020
```

July 24, 2020

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 15D
New York, NY  10007

By Electronic Filing.

Re:   Motion to Accept Documents Filed Out of Time
      Gallagher et al. v. New York State Board of Elections et al., 20-cv-5504

Dear Judge Torres,

As the Court is aware, my firm represents the Plaintiffs in the matter named above.  I write to formally ask the Court to accept the filing I submitted after midnight last night.  See Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion.").

As I noted in my email to chambers at 11:44 p.m. (attaching the final versions of our papers) last night, the electronic filing system was having significant issues such that, when pages loaded at all, they were taking 5-6 minutes to load each (if I recall correctly, there are about seven pages one must click through to file, and I used the Second Circuit's pdf-checker utility to ensure all of my documents were properly formatted).  As I noted in the email, at that time, I'd already spent about 35 minutes attempting to file.  I took a pair of screenshots of what I was seeing, and I have appended them to this letter.

From the time of my email, I tried every workaround I could think of and eventually had the system accept my filing at 12:44 a.m. (meaning I spent the better part of two hours trying to file).  I ask, under these circumstances, that the Court grant us either an "extension" or treat the papers as filed as of the time I emailed them to Chambers.

Respectfully submitted,

/s/ J. Remy Green
_____
J. Remy Green
**COHEN&GREEN P.L.L.C.**
1639 Centre St., Suite 216
Ridgewood, New York 11385
Remy@FemmeLaw.com

GRANTED.

SO ORDERED.

Dated: July 24, 2020
       New York, New York

ANALISA TORRES
United States District Judge