

Arthur Z. Schwartz
Principal Attorney
aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

July 27, 2020

By ECF
Hon. Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    Gallagher v NY State Board of Elections
               Kaufer v. New York City Board of Elections
               20 Civ. 5504 (AT)
               Additional Information Needed for Hearing

Dear Judge Torres:

      In the Court's Order of July 26 you note that the parties ask to have all absentee ballots received on or before June 30, 2020 counted. As the submissions note, there are two groups of received ballots which were excluded, one group which were ballots without postmarks, and the other were ballots with postmarks after June 23.

      In order to explore that issue properly another category of information is needed in the Court's Paragraph 5(B) list of questions. They would be as follows:

            vii) How many ballots were received on various dates after June 23, 2020 but on or before June 30, 2020 which had a postmark later tha June 23, 2020.

            viii) How many of those were received on June 25, June 26, June 27, June 28, June 29, and June 30.

            ix) How would the total number of these ballots affect the Gallagher, Patel, Kaufer and Felder races.

      We request that the Court add this to the data list being sought by the Court.

                            Respectfully submitted,

                            /s/ Arthur Z. Schwartz

                            Arthur Z. Schwartz

cc:    All Counsel of Record by ECF