```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY GALLAGHER, SURAJ PATEL,
KATHERINE STABILE, JILLIAN SANTELLA,
AARON SEABRIGHT, JAMES C. MCNAMEE,
KRISTIN SAGE ROCKERMAN, MARIA
BARVA, MIRIAM LAZEWATSKY, MYLES
PETERSON, SAMANTHA PINSKY, CHRISTIAN
O'TOOLE, TESS HARKIN, CAITLIN PHUNG,
ANTONIO PONTEX-NUNEZ, *individually and on
behalf of all others similarly situated*,

                Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER
S. KOSINSKI, ANDREW SPANO, AND DOUGLAS
KELLNER, *individually and in their official capacities as
Commissioners of the New York State Board of Elections*;
TODD D. VALENTINE, ROBERT A. BREHM,
*individually and in their official capacities as Co-
Executive Directors of the New York State Board of
Elections*; and ANDREW CUOMO *as Governor of the
State of New York*,

                Defendants.

MARIA D. KAUFER and ETHAN FELDER,

                Plaintiff-Intervenors,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER
S. KOSINSKI, ANDREW SPANO, AND DOUGLAS
KELLNER, *individually and in their official capacities as
Commissioners of the New York State Board of Elections*;
TODD D. VALENTINE, ROBERT A. BREHM,
*individually and in their official capacities as Co-
Executive Directors of the New York State Board of
Elections*; and ANDREW CUOMO *as Governor of the
State of New York*; NEW YORK CITY BOARD OF
ELECTIONS; PATRICIA ANNE TAYLOR *individually
and as President of the New York City Board of Elections*;

20 Civ. 5504 (AT)

**ORDER**

and MICHAEL J. RYAN, *individually and as the Executive Director of the New York City Board of Elections*,

                      Defendants.

ANALISA TORRES, District Judge:

      On July 26, 2020, the Court scheduled an evidentiary hearing on Plaintiffs' and Plaintiff-Intervenors' applications for injunctive relief.  ECF No. 48.  In addition to the deadlines set forth in that order, it is ORDERED that:

1. By **July 28, 2020**, at **12:00 p.m.**, the parties shall file on ECF a list of exhibits to be offered by each party.  The parties shall also submit each exhibit pre-marked (plaintiff to use numbers, defendant to use letters).  For any exhibit as to which there is an objection, the objecting party shall briefly specify, next to the listing of that exhibit, the nature of the party's objection.  Where a party objects to an exhibit on any ground other than authenticity, the objection shall cite the Federal Rule of Evidence that is the basis for the objection.  Any objection not listed shall be deemed waived.

2. **By July 28, 2020**, at **1:00 p.m.,** the parties shall hand deliver the list of exhibits, to a Manhattan location to be provided to the parties, along with one copy of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

3. The hearing shall commence at **9:30 a.m.** on **July 29, 2020**, and shall continue as necessary, with a break from 11:00 to 11:10 a.m., a lunch break from 1:00 to 2:00 p.m., and a break from 3:30 to 3:40 p.m.

4. The hearing will take place by Skype for Business videoconference.  A link to access the hearing will be provided directly to the parties.

    A. To use the link, the parties may need to download software to use Skype's videoconferencing features.  **Participants (<u>including witnesses</u>) are directed to test their videoconference setup in advance of the hearing**—including their ability to access the link provided.

    B. Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the hearing begins.

    C. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for

   participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

  D. Users who wish to display documentary evidence on the screen must learn in advance how to operate the Skype file sharing and screen sharing functions.

  E. If a participant intends to join the hearing from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[1]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

5. Members of the public may access the audio of the proceeding by calling (888) 398-2342 or (215) 861-0674 and entering conference ID number 5598827.

SO ORDERED.

Dated: July 27, 2020
   New York, New York

                  ANALISA TORRES
                  United States District Judge

---

[1] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited Jul. 27, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.