USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY GALLAGHER, SURAJ PATEL, KATHERINE STABILE, JILLIAN SANTELLA, AARON SEABRIGHT, JAMES C. MCNAMEE, KRISTIN SAGE ROCKERMAN, MARIA BARVA, MIRIAM LAZEWATSKY, MYLES PETERSON, SAMANTHA PINSKY, CHRISTIAN O'TOOLE, TESS HARKIN, CAITLIN PHUNG, ANTONIO PONTEX-NUNEZ, *individually and on behalf of all others similarly situated*,

                        Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and ANDREW CUOMO *as Governor of the State of New York*,

                        Defendants.

MARIA D. KAUFER and ETHAN FELDER,

                        Plaintiff-Intervenors,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and ANDREW CUOMO *as Governor of the State of New York*; NEW YORK CITY BOARD OF ELECTIONS; PATRICIA ANNE TAYLOR *individually and as President of the New York City Board of Elections*;

20 Civ. 5504 (AT)

**ORDER**

and MICHAEL J. RYAN, *individually and as the Executive Director of the New York City Board of Elections*,

                          Defendants.

ANALISA TORRES, District Judge:

      Plaintiffs' motion to compel the testimony of Michael J. Ryan, Executive Director of the New York City Board of Elections, ECF No. 71, is GRANTED as follows:

      It is ORDERED that Ryan shall appear to testify at the hearing scheduled on July 29, 2020, after the conclusion of any medical appointment, unless he provides to the Court, for *in camera* review, the written medical opinion of his treating physician that he will not be capable of testifying on that date. If Ryan is unable to testify on July 29, 2020, it is ORDERED that he shall appear to testify on July 30, 2020, at a time to be set by further order.

      The Clerk of Court is directed to terminate the motion at ECF No. 71.

      SO ORDERED.

Dated: July 28, 2020
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge