USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY GALLAGHER, SURAJ PATEL, KATHERINE STABILE, JILLIAN SANTELLA, AARON SEABRIGHT, JAMES C. MCNAMEE, KRISTIN SAGE ROCKERMAN, MARIA BARVA, MIRIAM LAZEWATSKY, MYLES PETERSON, SAMANTHA PINSKY, CHRISTIAN O'TOOLE, TESS HARKIN, CAITLIN PHUNG, ANTONIO PONTEX-NUNEZ, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and ANDREW CUOMO *as Governor of the State of New York*,

                Defendants.

MARIA D. KAUFER and ETHAN FELDER,

                Plaintiff-Intervenors,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and ANDREW CUOMO *as Governor of the State of New York*; NEW YORK CITY BOARD OF ELECTIONS; PATRICIA ANNE TAYLOR *individually and as President of the New York City Board of Elections*;

20 Civ. 5504 (AT)

**ORDER**

and MICHAEL J. RYAN, *individually and as the Executive Director of the New York City Board of Elections*,

                         Defendants.

ANALISA TORRES, District Judge:

       Plaintiffs' motion to compel the testimony of a representative of the United States Postal Service ("USPS") at the hearing scheduled for July 29, 2020, ECF No. 71, is GRANTED.

       It is ORDERED that USPS shall make available to testify at the hearing a knowledgeable witness capable of responding to the parties' and the Court's questions, the subject matter of which is described in the Court's order at ECF No. 48.

       It is further ORDERED that Plaintiffs shall immediately provide a copy of this order to USPS.

       SO ORDERED.

Dated: July 28, 2020
        New York, New York

                                           ANALISA TORRES
                                         United States District Judge