UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Emily Gallagher, Suraj Patel, Katherine Stabile, Jillian Santella, Aaron Seabright, James C. McNamee, Kristin Sage Rockerman, Maria Barva, Miriam Lazewatsky, Myles Peterson, Samantha Pinsky, Christian O'Toole, Tess Harkin, Caitlin Phung, Antonio Pontex-Nunez, *individually, and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> - against - <br><br> New York State Board of Elections; Peter S. Kosinski, Andrew Spano, and Douglas Kellner, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; Todd D. Valentine, Robert A. Brehm, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and Andrew Cuomo *as Governor of the State of New York*, <br><br> *Defendants*. | Case No. 1:20-CV-05504 (AT) <br><br><br><br> **NOTICE OF APPEARANCE OF RODERICK ARZ** |
| Maria D. Kaufer and Ethan Felder, <br><br> *Plaintiff-Intervenors*, <br><br> - against - <br><br> New York State Board of Elections; Peter S. Kosinski, Andrew Spano, and Douglas Kellner, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; Todd D. Valentine, Robert A. Brehm, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; and Andrew Cuomo *as Governor of the State of New York*, New York City Board of Elections, Patricia Anne Taylor, *individually and as President of the New York City Board of Elections,* and Michael J. Ryan, *individually and as the Executive Director of the New York City Board of Elections*, <br><br> *Defendants*. | |

RODERICK L. ARZ, an Assistant Attorney General in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for Defendants New York State Board of Elections ("State Board"); State Board Commissioners Peter S. Kosinski, Andrew Spano, and Douglas Kellner; State Board Co-Executive Directors Todd D. Valentine and Robert A. Brehm ("State Board Defendants"); and Governor Andrew Cuomo (collectively, "State Defendants"), and certifies that he is admitted to practice in this Court.

Dated:  New York, New York
         July 29, 2020

                                                   s/
                                      Roderick L. Arz
                                      Assistant Attorney General
                                      Office of the Attorney General
                                       of the State of New York
                                      28 Liberty Street
                                      New York, New York 10005
                                      Tel. (212) 416-8633
                                      Roderick.Arz@ag.ny.gov