

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

July 29, 2020

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *Gallagher et al. v. N.Y. State Bd. of Elections et al.*, No. 20 Civ. 5504 (AT)

Dear Judge Torres:

      This Office represents the United States Postal Service ("Postal Service"), which is not a party in the above-captioned action. I write respectfully to advise the Court that the Postal Service has identified two officials with knowledge relevant to this action who are prepared to testify at the hearing tomorrow, starting at 9:30 a.m. The Postal Service officials who are prepared to testify tomorrow morning are: Allen Tanko, Marketing Manager for the New York District, and Sherilyn Simmons, Consumer Affairs Manager for the Triboro District.

      We thank the Court for its consideration.

                              Respectfully,

                              AUDREY STRAUSS
                              Acting United States Attorney for the
                              Southern District of New York

              By:     /s/ Ilan Stein
                        Ilan Stein
                        Assistant United States Attorney
                        86 Chambers Street, Third Floor
                        New York, New York 10007
                        Tel.: (212) 637-2525
                        Email: Ilan.Stein@usdoj.gov