UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X
EMILY GALLAGHER, et al., *individually, and on behalf of all others similarly situated*,

                              Plaintiffs,

                      vs.

NEW YORK STATE BOARD OF ELECTIONS, et al.,

                              Defendants.
--------------------------------------------------------------------------------X
MARIA D. KAUFER and ETHAN FELDER,

                            Intervenor Plaintiffs,

                    vs

NEW YORK STATE BOARD OF ELECTIONS, et al.,

                              Defendants.
---------------------------------------------------------------------------- X

20 Civ 5504 (AT)

**AFFIDAVIT OF SERVICE**

      Carol Martinez declares under penalty of perjury that:

      1.      On July 29, 2020 I did serve copies of the Summons and Intervenor's Complaint on the New York City Board of Elections, Patricia Anne Taylor, and Michael J. Ryan by:

            a.      Delivering a copy of the Summons and Complaint to the office of the New York City Board of Elections at 32 Broadway, New York, New York;

            b.      Mailing a copy of the Summons and Complaint to Michael J. Ryan at his place of work at 32 Broadway, New York, New York 10004; and

            c.      Mailing a copy of the Summons and Complaint to Patricia Anne Taylor at her home address, 3030 Surf Avenue, Brooklyn, New York 11224.

      2.      I am not a party to this action and I am over 18 years of age.

Dated:  New York, New York
          July 31, 2020

                                                        *Carol Martinez*
                                                        CAROL MARTINEZ