USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

EMILY GALLAGHER, SURAJ PATEL, KATHERINE STABILE, JILLIAN SANTELLA, AARON SEABRIGHT, JAMES C. MCNAMEE, KRISTIN SAGE ROCKERMAN, MARIA BARVA, MIRIAM LAZEWATSKY, MYLES PETERSON, SAMANTHA PINSKY, CHRISTIAN O'TOOLE, TESS HARKIN, CAITLIN PHUNG, ANTONIO PONTEX-NUNEZ, *individually and on behalf of all others similarly situated*,

                    Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*,

                    Defendants.

MARIA D. KAUFER and ETHAN FELDER,

                    Plaintiff-Intervenors,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*; NEW YORK CITY BOARD OF ELECTIONS; PATRICIA ANNE TAYLOR *individually and as President of the New York City Board of Elections*;

20 Civ. 5504 (AT)

**<u>ORDER</u>**

and MICHAEL J. RYAN, *individually and as the Executive Director of the New York City Board of Elections*,

                                    Defendants.

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters at ECF Nos. 101, 106, 107.  Plaintiff-Intervenors' requests for a pre-motion conference and an order directing the City Defendants to produce uncounted envelopes are DENIED.

      SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                                      ANALISA TORRES
                                              United States District Judge