USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _9/17/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY GALLAGHER, SURAJ PATEL, KATHERINE STABILE, JILLIAN SANTELLA, AARON SEABRIGHT, JAMES C. MCNAMEE, KRISTIN SAGE ROCKERMAN, MARIA BARVA, MIRIAM LAZEWATSKY, MYLES PETERSON, SAMANTHA PINSKY, CHRISTIAN O'TOOLE, TESS HARKIN, CAITLIN PHUNG, ANTONIO PONTEX-NUNEZ, *individually and on behalf of all others similarly situated*,

       Plaintiffs,

 -against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*,

       Defendants.

MARIA D. KAUFER and ETHAN FELDER,

       Plaintiff-Intervenors,

 -against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*; NEW YORK CITY BOARD OF ELECTIONS; PATRICIA ANNE TAYLOR *individually and as President of the New York City Board of Elections*;

20 Civ. 5504 (AT)

**ORDER**

and MICHAEL J. RYAN, *individually and as the Executive Director of the New York City Board of Elections*,

Defendants.

ANALISA TORRES, District Judge:

On September 17 2020, Plaintiffs moved for leave to file a second amended complaint. ECF No. 110.  It is ORDERED that the parties shall address Plaintiffs' request in their briefing on Plaintiffs' motion to expand the preliminary injunction.  *See* ECF No. 105.

SO ORDERED.

Dated: September 17, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge