UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _9/29/2020_

EMILY GALLAGHER, SURAJ PATEL, KATHERINE STABILE, JILLIAN SANTELLA, AARON SEABRIGHT, JAMES C. MCNAMEE, KRISTIN SAGE ROCKERMAN, MARIA BARVA, MIRIAM LAZEWATSKY, MYLES PETERSON, SAMANTHA PINSKY, CHRISTIAN O'TOOLE, TESS HARKIN, CAITLIN PHUNG, ANTONIO PONTEX-NUNEZ, *individually and on behalf of all others similarly situated*,

                      Plaintiffs,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*,

                      Defendants.

MARIA D. KAUFER and ETHAN FELDER,

                      Plaintiff-Intervenors,

-against-

NEW YORK STATE BOARD OF ELECTIONS; PETER S. KOSINSKI, ANDREW SPANO, AND DOUGLAS KELLNER, *individually and in their official capacities as Commissioners of the New York State Board of Elections*; TODD D. VALENTINE, ROBERT A. BREHM, *individually and in their official capacities as Co-Executive Directors of the New York State Board of Elections*; *and* ANDREW CUOMO *as Governor of the State of New York*; NEW YORK CITY BOARD OF ELECTIONS; PATRICIA ANNE TAYLOR *individually and as President of the New York City Board of Elections*;

20 Civ. 5504 (AT)

**ORDER**

and MICHAEL J. RYAN, *individually and as the Executive Director of the New York City Board of Elections*,

                                              Defendants.

ANALISA TORRES, District Judge:

      On September 25, 2020, State Defendants moved for leave to file a motion to dismiss, and to consolidate briefing on that motion with the parties' briefing on a motion to expand the preliminary injunction. ECF No. 113. Plaintiffs oppose this request, asking that a briefing schedule on State Defendants' motion be set after the resolution of Plaintiffs' pending motion to expand the preliminary injunction. ECF No. 114.

      State Defendants' request for a briefing schedule is DENIED. After resolution of Plaintiffs' motion, the Court will set a schedule for State Defendants' motion to dismiss, if necessary.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 113 and 114.

      SO ORDERED.

Dated: September 29, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge