**You are required to wear a mask/face covering and maintain 6 feet of distance when entering any Board of Elections facility**



Vote — June 2020

| | Search |
|---|---|
| Home | |
| Vote | |
| Poll Workers | |
| Run for Office | |
| About Us | |

# Vote — June 2020

Cited in Gallagher v NYS Bd of Elections
20Civ5504 Decided 8/3/20
Archived on 8/10/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



## Vote In Person

I. Early voting takes place from June 13th through June 21st.
    A. To find your assigned early voting site and hours, use nyc.pollsitelocator.com (https://nyc.pollsitelocator.com) .

    B. Voters can also call 1-866-VOTE-NYC (1-866-868-3692) (tel:1-866-868-3692) .

## Vote on Election Day

I. On Election Day (Tuesday, June 23rd), polls will be open from 6:00AM through 9:00PM at your designated polling location.

Visit nyc.pollsitelocator.com (https://nyc.pollsitelocator.com/) to find your poll site and view your sample ballot.



# Voter Safety

Poll worker and voter safety is important to us!! We have the following measures in place:

    I. Floor markers to help maintain social distancing.
   II. Antiviral wipes will be available to use as needed.
  III. Individual stylus/pen for voters to check in on poll pads and mark their ballot, which voters can keep.
   IV. Voting machines will be cleaned regularly with antiseptic wipes.
    V. Masks will be provided to voters who need one. Poll workers are required to wear BOE-provided masks.
   VI. All Early Voting sites will be professionally sanitized after close of polls.



# Absentee Voting

   I. All eligible voters with a primary election were mailed an absentee ballot application by the Board of Elections. Simply fill out the application and drop it in the mailbox. You will then receive your actual ballot in the mail.
  II. If you did not receive the application in the mail, you can apply for an absentee ballot by:
        A. Visiting www.nycabsentee.com (https://www.nycabsentee.com/) . The applications are available in English, Spanish, Chinese, Korean, and Bengali.
            1. Email application to AbsenteeJune2020@boe.nyc (mailto:AbsenteeJune2020@boe.nyc) .
            2. Fax application to 212-487-5349.

Cited in Gallagher v NYS Bd of Elections
20Civ5504 Decided 8/3/20
Archived on 8/10/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

3. Print a copy online (https://vote.nyc/page/absentee-voting) and mail application to your borough BOE office.

4. Call 1-866-VOTE-NYC (1-866-868-3692) (tel:1-866-868-3692) .

5. Voters who are visually impaired or otherwise disabled and that such disability prevents such person from being able to independently cast a paper absentee ballot can apply for an accessible absentee ballot here:

    Accessible Absentee Application (https://www.elections.ny.gov/NYSBOE/download/Voting/NYAccessibleElectronicAbsBallotApp.pdf)

    Please submit the completed Accessible Absentee Application to the appropriate Borough email:
    - ADA-AbsenteeBrooklyn@boe.nyc (mailto:ADA-AbsenteeBrooklyn@boe.nyc)
    - ADA-AbsenteeSI@boe.nyc (mailto:ADA-AbsenteeSI@boe.nyc)
    - ADA-AbsenteeQueens@boe.nyc (mailto:ADA-AbsenteeQueens@boe.nyc)
    - ADA-AbsenteeBronx@boe.nyc (mailto:ADA-AbsenteeBronx@boe.nyc)
    - ADA-AbsenteeNewYork@boe.nyc (mailto:ADA-AbsenteeNewYork@boe.nyc)

    There will also be Ballot Marking Device (BMD) at each borough office and every poll site on Election Day and throughout Early Voting for voters to use to mark their ballot if they prefer.

**Applications must be postmarked by June 16th or delivered in-person at a local BOE office by June 22nd.**



## Absentee Ballots

1. Voters will receive their ballot and postage paid envelope in the mail. Make sure to sign & date your oath envelope.



2. Absentee ballots must be postmarked or delivered in person to your borough Board of Elections by June 23rd.

Cited in Gallagher v. NYS Bd of Elections 20-civ-504. Decided 8/3/20
Archived on 8/10/20
This document is protected by copyright.
Further reproduction is prohibited without permission.