

Arthur Z. Schwartz
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

August 6, 2021

By ECF

Hon. Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

   Re: Gallagher v. NYS Board of Elections
      20 Civ. 5504 (AT)

Dear Judge Torres:

  This office represents the Intervenor Plaintiffs in this matter.  The docket shows no activity since October 2020 and the matter is clearly over.

  Plaintiffs and Defendant NYS Board of Elections seem to have reached an agreement on a settlement which includes attorney fees, but defendants do not appear to want to reach an agreement with my clients.

  What seems to be needed now is an Order declaring this case to be moot and setting a schedule for litigation of an attorney fee application by the Plaintiffs and Intervenors.

  Thank you for your consideration.

            Respectfully submitted,

            /s/ *Arthur Z. Schwartz*

            Arthur Z. Schwartz

AZS:dr

cc: All Counsel of Record by ECF