STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 8, 2021

**By ECF**

Hon. Analisa Torres, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Gallagher, et al., v. New York State Board of Elections, et al.,* 20-cv-5504 (AT)

Dear Judge Torres:

      The New York State Office of the Attorney General represents Defendants New York State Board of Elections ("State Board"), Commissioners Peter S. Kosinski, Andrew Spano, and Douglas Kellner, Co-Executive Directors Todd D. Valentine and Robert A. Brehm ("State Board Defendants"), and Governor Kathleen Hochul[1] (collectively, "State Defendants"), in this matter.

      I write to submit a signed settlement agreement between the Plaintiffs and State Defendants, which fully resolves all claims asserted by Plaintiffs in this matter. The Intervenor Plaintiffs are not parties to this agreement. The Plaintiffs and State Defendants respectfully request that the Court So Order the settlement agreement.

      Thank you for your time and consideration of this matter.

                                            Respectfully submitted,

                                            /s/ Owen T. Conroy
                                            Owen T. Conroy
                                            Assistant Attorney General

cc: All counsel of record (via ECF)

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), upon the resignation of Governor Andrew M. Cuomo on August 24, 2021, Governor Hochul was automatically substituted as a defendant in this action in her official capacity as Governor of the State of New York.